UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – SENTENCING AND JUDGMENT

| Case No. | CR 15-511(A)-DMG | Date | March 13, 2019 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Anne Kielwasser | Benjamin R. Barron / Matthew W. O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Dalibor Kabov | ✓ | ✓ | | Anthony Eaglin | ✓ | ✓ | |

**PROCEEDINGS:**    **SENTENCING AND JUDGMENT**    ☐ Contested   [X] Non-Evidentiary
Day ___ (if continued from a prior hearing date)

- ☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. __X__ Refer to separate Judgment Order.
- ☐ Imprisonment for ___ years/months on each of count(s) _____
  Count(s) _____ concurrent/consecutive to count(s) _____
- ☐ Fine of _____ is imposed on each of count(s) concurrent/consecutive.
- ☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
- ☐ consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  - ☐ Perform ___ hours of community service. ☐ Pay ___ fine amounts & times determined by P/O.
  - ☐ Serve ___ in a CCC/CTC. ☐ Make $___ restitution in amounts & times determined by PO.
  - ☐ Participate in a program for treatment of narcotic/alcohol addiction.
  - ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  - ☐ Other conditions: _____
- [✓] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- [✓] Pay $ 100 per count, special assessment to the United States for a total of $ 2,200
- ☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
- [✓] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- [✓] Defendant informed of right to appeal.
- ☐ ORDER sentencing transcript for Sentencing Commission. ☐ Processed statement of reasons
- [✓] Bond Exonerated ☐ upon surrender ☐ upon service of _____
- ☐ Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- [✓] Filed and distributed judgment. ENTERED.
- [✓] Other: The Court recommends that the defendant be designated to a federal correctional facility in the Southern California area. The Court also recommends that the defendant be assessed for suitability for the Bureau of Prisons' 500-Hour Residential Drug Abuse Program.

cc:                                                                 :28
**Initials of Deputy Clerk**    KT